FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 NOV -8  P 3: 03

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SCHNEIDEREITH & SONS, INC., | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO. CCB 00 CV 1891 |
| MON CHERI BRIDALS, INC., | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * *

### STIPULATION EXTENDING TIME

The parties, by their undersigned counsel, hereby stipulate to the following extensions of time. Defendant Mon Cheri Bridals, Inc. shall have an additional week, until November 20, 2000, to file and serve its response to Plaintiff Schneidereith & Sons, Inc.'s Motion for Summary Judgment. In addition, Defendant Mon Cheri Bridals, Inc. shall have an additional week, until November 20, 2000, to file and serve its response to Plaintiff Schneidereith & Sons, Inc.'s Motion for Protective Order.

_/s/ Donald J. Walsh /CBR_
John A. Scaldara
Donald J. Walsh
Suite 1200
One North Charles Street
Baltimore, Maryland 21201-3710
(410) 752 5000, Ext. 13

Attorneys for Plaintiff
Schneidereith & Sons, Inc.

_/s/ Charles M. Kerr /CBR_
Charles M. Kerr
Federal Bar No. 00395

_/s/ Carrie Blackburn Riley_
Carrie Blackburn Riley
Federal Bar No. 22778
Kerr McDonald, LLP
31 Light Street, Suite 400
Baltimore, Maryland 21202
(410) 539-2900

Attorneys for Defendant and Counter-Plaintiff
Mon Cheri Bridals, Inc.

Mon Cheri Bridals, Inc.

SO ORDERED: _____          DATE: 11/8/00
Catherine C. Blake
Judge, United States District
Court for the District of Maryland

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of November, 2000, a copy of the foregoing Stipulation Extending Time was mailed, first class, postage prepaid to John A. Scaldara, Esquire, and Donald J. Walsh, Esquire, Scaldara & Potler, LLP, Suite 1200, One North Charles Street, Baltimore, Maryland 21201-3720, attorneys for Plaintiff and Counter-Defendant Schneidereith & Sons, Inc.

_____
Carrie Blackburn Riley

K10584

2

# KERR McDONALD, LLP
ATTORNEYS AT LAW
31 LIGHT STREET
SUITE 400
BALTIMORE, MARYLAND 21202

(410) 539-2900
FAX (410) 539-2956
E-MAIL CKerr@KerrMcDonald.com

CHARLES M. KERR
KATHLEEN M. McDONALD
CRISTINA I. FLORES
CARRIE BLACKBURN RILEY

OF COUNSEL
ROBERT G CASSILLY

November 8, 2000

**BY HAND-DELIVERY**
Ms. Felicia Cannon
United States District Court
  for the District of Maryland
U.S. Courthouse - 4th Floor
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:  Schneidereith & Sons, Inc. v. Mon Cheri Bridals, Inc.,
           Civil Action No.CCB 00 CV 1891 (D. Md).

Dear Ms. Cannon:

    Enclosed please find an original plus three copies (two-hole punched) of the parties joint Stipulation Extending Time in the above referenced matter. Please date stamp one of the copies and return it with the messenger. Your cooperation in this matter is appreciated.

Very truly yours,

*DeBriss A. Fitzgerald*
DeBriss A. Fitzgerald
Legal Secretary to Carrie Blackburn Riley

CMK: daf
Enclosures
cc:  John A. Scaldara, Esquire (w/encls.)
      Donald J. Walsh, Esquire (w/encls.)
      The Honorable Catherine C. Blake (w/encls.)
K10586