| | | |
|---|---|---|
| SCHNEIDEREITH & SONS, INC. | * | IN THE |
| Plaintiff | * | CIRCUIT COURT |
| | * | FOR |
| vs. | * | |
| | * | BALTIMORE CITY |
| MON CHERI BRIDALS, INC. | * | CASE NO.: 00-1691 |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION

Schneidereith & Sons, Inc. and Mon Cheri Bridals, Inc. by the respective undersigned counsel, hereby stipulate that Schneidereith & Sons, Inc. shall concurrently file its Replies and Responses to the various Motions which are pending before this Court on or before December 8, 2000. The current pending Motions include Schneidereith & Sons' Motion for Protective Order, Mon Cheri's Motion to Compel, Schneidereith & Sons' Motion for Summary Judgment, and Mon Cheri's Motion for Reconsideration.

_____  _____
CHARLES M. KERR          DONALD J. WALSH
Kerr McDonald, LLP       Scaldara & Potler, LLP
31 Light Street          Suite 1200
Suite 400                One North Charles Street
Baltimore, Maryland 21202  Baltimore, Maryland 21201-3720

Approved:

_____ 12/1/00
Catherine Blake, Judge
United States District Court for the District of Maryland

S:\0661.schneidereith\002.mon cheri\djw.pld.stipulation.wpd

# SCALDARA & POTLER, LLP
## ATTORNEYS AT LAW
### SUITE 1200
### ONE NORTH CHARLES STREET
### BALTIMORE, MARYLAND 21201-3720

TELEPHONE 410-752-5000     FACSIMILE 410-752-5060

November 30, 2000

**Donald J. Walsh**
EXTENSION NUMBER: 13
dwalsh@scaldarapotler.com

Clerk
United States District Court
for the District of Maryland
U.S. Court House
101 West Lombard Street
Baltimore, Maryland 21201

      Re:  Schneidereith & Sons, Inc. vs. Mon Cheri Bridals, Inc.
           United States District Court for the District of Maryland
           Civil Action No.: CCB 00 CV 1891

Dear Sir/Madam:

    Enclosed is a Joint Stipulation in this matter extending and consolidating the time period in which Schneidereith & Sons has to reply and respond to various pending Motions.

    If you have any questions, feel free to call me at any time.

                             Very truly yours,

                             Donald J. Walsh

DJW/
Enclosures

cc:    Honorable Catherine C. Blake

S:\0661.schneidereith\002.mon cheri\djw.ltr.clerk-us 11.29.00.wpd