IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED

DEC 04 2000

| | |
|---|---|
| SCHNEIDEREITH & SONS, INC. | |
| Plaintiff | * |
| vs. | *    CIVIL ACTION NO.: CCB 00 CV 1891 |
| MON CHERI BRIDALS, INC. | * |
| Defendant | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## REVISED STIPULATION

Schneidereith & Sons, Inc. and Mon Cheri Bridals, Inc., by their respective undersigned counsel, hereby stipulate that Schneidereith & Sons. Inc. shall concurrently file its Replies and Responses to the various Motions which are pending before this Court on or before December 15, 2000.  The current pending Motions include Schneidereith & Sons' Motion for Protective Order, Mon Cheri's Motion to Compel, Schneidereith & Sons' Motion for Summary Judgment, and Mon Cheri's Motion for Reconsideration.

_____
CHARLES M. KERR
Kerr McDonald, LLP
31 Light Street
Suite 400
Baltimore, Maryland 21202

_____
DONALD J. WALSH
Scaldara & Potler, LLP
Suite 1200
One North Charles Street
Baltimore, Maryland   21201-3720

Approved:

_____   12/11/00
Catherine Blake, Judge
United States District Court for the District of Maryland