IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SCHNEIDEREITH & SONS, INC., | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO. CCB 00 CV 1891 |
| MON CHERI BRIDALS, INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Schneidereith & Sons, Inc., and Defendant Mon Cheri Bridals, Inc., by and through their undersigned attorneys, do hereby stipulate and agree that the above-captioned case, including all claims and counterclaims, be, and the same are hereby, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), each party to bear its own costs.

_____  
Donald J. Walsh  
Federal Bar No. 09384  
Scaldara & Potler, LLP  
Suite 1200  
One North Charles Street  
Baltimore, Maryland 21201  
(410) 752-5000  

Attorney for Plaintiff  
Schneidereith & Sons, Inc.  

K10723

_____  
Charles M. Kerr  
Federal Bar No. 00395  
Kerr McDonald, LLP  
31 Light Street  
Suite 400  
Baltimore, Maryland 21202  
(410) 539-2900  

Attorney for Defendant  
Mon Cheri Bridals, Inc.